In the Matter of the Claim of EDITHE I. HALL, Respondent, against THE CITY OF NEW YORK, Respondent. STATE INDUSTRIAL BOARD, Appellant.

Submitted February 27, 1940; decided March 15, 1940.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, appellant.

*William C. Chanler, Corporation Counsel (Stanley Buchs-baum* and *Samuel A. Bloom* of counsel), for respondent.

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.